IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-525-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER J. CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

On October 15, 2021, Christopher J. Crawford moved for early termination of his supervised release [D.E. 2]. On October 19, 2021, the Probation Office responded in opposition [D.E. 3].

The court agrees with the Probation Office. Crawford's motion for early termination [D.E. 2] is DENIED.

SO ORDERED. This 21 day of October, 2021.

JAMES C. DEVER III
United States District Judge